```
           IN THE UNITED STATES DISTRICT COURT
          FOR THE MIDDLE DISTRICT OF GEORGIA
                    COLUMBUS DIVISION
```

| | |
|---|---|
| EARL WILSON, | * |
|     Plaintiff, | * |
| vs. | *     CASE NO. 4:21-CV-49 (CDL) |
| CVS PHARMACY, INC., | * |
|     Defendant. | * |

O R D E R

Plaintiff brought state law claims in the Superior Court of Muscogee County, Georgia, alleging that Defendant negligently filled his insulin medication prescription for three months. Defendant removed to this Court on the basis of diversity jurisdiction under 28 U.S.C. §§ 1332(a) and 1441(a) and filed a motion to dismiss and a motion to transfer. Plaintiff did not respond but filed a motion to remand. The parties then filed a joint motion to remand, agreeing that it is proper for the Court to remand. Plaintiff has stipulated that he is not seeking more than $74,000 in damages. *See* Joint Mot. to Remand Ex. A, Pl.'s Stipulation of Amount in Controversy 1, ECF No. 11-1. He has further stipulated that he will not accept an award that exceeds $74,000. *Id.* The Court presumes that these representations are true. *See, e.g.*, *Federated Mut. Ins. Co. v. McKinnon Motors, LLC*, 329 F.3d 805, 808 (11th Cir. 2003) (courts should give "great

deference" to parties' representations regarding the amount in controversy). Accordingly, the amount in controversy does not exceed $75,000, and the Court does not have jurisdiction over this action. The parties' joint motion to remand (ECF No. 11) is therefore granted, and all other pending motions are moot. This action is remanded to the Superior Court of Muscogee County, Georgia.

    IT IS SO ORDERED, this 25th day of May, 2021.

                                    S/Clay D. Land
                                    CLAY D. LAND
                                    U.S. DISTRICT COURT JUDGE
                                    MIDDLE DISTRICT OF GEORGIA